## MUNSEL ET AL. v. SANFORD.

Where the defendant acquires title to the lands demanded, pending the suit the plaintiff must fail.

ACTION of ejectment, for a piece of land. Plea in bar — That since the date of the plaintiffs' writ, one Calkins had an execution against the plaintiffs, by virtue of which he took said land, and had it set off to him as the law directs; and by deed of bargain and sale hath conveyed it to the defendant, whereby the defendant is become seized thereof.

Plaintiffs admit the execution, levy and deed of the defendant — But say that Tapping Reeve, Esq. was their known attorney in Litchfield; that neither he nor they were ever notified of said levy; and that the same is illegal and void.

Hathway v. Gillet.

Defendant rejoins — That neither said Calkins, nor the constable, who levied said execution, knew that said Reeve was their attorney, or that the plaintiffs lived out of the state. Demurrer.

Judgment — Defendant's rejoinder sufficient.